ALEX G. TSE (CABN 152348)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

SAMANTHA SCHOTT (NYBN 5132063)
Special Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3680
FAX: (510) 637-3724
samantha.schott@usdoj.gov

Attorneys for United States of America



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ANTHONY REED,<br>BENJAMIN GORMLEY,<br>JESUS ANGEL SANCHEZ,<br>JULAAN FAISON,<br>   aka "Juju,"<br>RAHSAAN FAISON,<br>   aka "SG,"<br>MARCOS ANTONIO MARTENEZ, and<br>JAMES MEDEIROS,<br><br>    Defendants. | CR 18-0560 HSG<br><br>**MOTION TO UNSEAL AND [PROPOSED] ORDER** |

The government moves to unseal the above-captioned case.

DATED: December 3, 2018

Respectfully Submitted,

ALEX G. TSE
United States Attorney

SAMANTHA SCHOTT
Special Assistant United States Attorney

MOTION TO UNSEAL AND [PROPOSED] ORDER
CR 18-0560 HSG

# [~~PROPOSED~~] ORDER

The Court orders this matter unsealed.

IT IS SO ORDERED.

DATED: 12/5/18

_Haywood S. Gilliam, Jr._
HON. HAYWOOD S. GILLIAM
United States District Judge

MOTION TO UNSEAL AND [~~PROPOSED~~] ORDER
CR 18-0560 HSG