# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA, <br>    Plaintiff, <br>  v. <br> ANTHONY REED, <br>    Defendant. | Case No. 18-cr-00560-HSG-1 <br><br> **ORDER TO PRODUCE TRANSCRIPTS** |

On

- November 26, 2018 (FTR 9:51-9:55)
- November 26, 2018 (FTR 9:55-9:58)
- November 29, 2018 (FTR 10:04-11:12)
- November 30, 2018 (FTR 12:11-12:43)
- December 11, 2018 (FTR 10:38-11:42)

hearings were held in the above-entitled action and recorded on FTR.

Production of a transcript of each of the hearings for the Court is necessary for resolution of this matter.

Accordingly, the court reporter is directed to prepare the transcript of this proceeding on the following basis:

 ( ) Ordinary (within 30 days @ $3.65 per page).

 ( ) 14-Day (within 14 days @ $4.25 per page)

 ( ) Expedited (within 7 days @ $4.85 per page).

( )  3-Day (within 3 days @ $5.45 per page)

(X)  Daily (overnight @ $6.05 per page).

Therefore, the Clerk is directed to pay a transcriber the cost of preparing the transcript at the rate indicated above, and in accordance with the requirements of the Judicial Conference of the United States, as set forth in the Guide to Judiciary Policies and Procedures.

**IT IS SO ORDERED.**

Dated: 12/13/18

HAYWOOD S. GILLIAM, JR.
United States District Judge