UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>  Plaintiff,<br><br>  v.<br><br>ANTHONY REED,<br><br>  Defendant. | Case No. 18-cr-00560-HSG-1<br><br>**AMENDED ORDER TO PRODUCE TRANSCRIPTS** |
| USA,<br><br>  Plaintiff,<br><br>  v.<br><br>RAHSAAN FAISON,<br><br>  Defendant. | Case No. 18-cr-00560-HSG-5 |

On the following dates and times, hearings were held before Magistrate Judge Donna M. Ryu in the above-entitled actions and recorded on FTR:

- November 26, 2018 (FTR 9:51-9:55) – Anthony Reed
- November 26, 2018 (FTR 9:55-9:58) – Rahsaan Faison
- November 29, 2018 (FTR 10:04-11:12) – Rahsaan Faison
- November 30, 2018 (FTR 12:11-12:43) – Anthony Reed
- December 11, 2018 (FTR 10:38-11:42) – Anthony Reed

Production of a transcript of each of these hearings for the Court is necessary for resolution of this matter.

Accordingly, the court reporter is directed to prepare the transcripts of these proceedings on the following basis:

( )   Ordinary (within 30 days @ $3.65 per page).

( )   14-Day (within 14 days @ $4.25 per page)

( )   Expedited (within 7 days @ $4.85 per page).

( )   3-Day (within 3 days @ $5.45 per page)

(X)   Daily (overnight @ $6.05 per page).

Therefore, the Clerk is directed to pay a transcriber the cost of preparing the transcript at the rate indicated above, and in accordance with the requirements of the Judicial Conference of the United States, as set forth in the Guide to Judiciary Policies and Procedures.

**IT IS SO ORDERED.**

Dated: 12/13/18

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge